**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Troy Thompson CHAPTER 13
 Debtor

BKY. NO. 18-11171 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

 Respectfully submitted,

 **/s/ Rebecca A. Solarz, Esq**
 Rebecca A Solarz, Esquire
 KML Law Group, P.C.
 701 Market Street, Suite 5000
 Philadelphia, PA 19106-1532
 (215) 627-1322