**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :        CHAPTER 13
Troy Thompson

      DEBTOR                  :        BKY. NO.  18-11171AMC13


**CERTIFICATION OF NO RESPONSE**

    I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                Respectfully Submitted,

Date:  October 25, 2018          _____s/_____
                                     MICHAEL A. CATALDO, ESQUIRE
                                     CIBIK & CATALDO, P.C.
                                     1500 WALNUT STREET, STE. 900
                                     PHILADELPHIA, PA  19102
                                     (215) 735-1060