IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TROY THOMPSON,
               Debtor(s).

Case No. 18-11171AMC13

Chapter 13

## ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this __19th__ day of __November__, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,000.00** is allowed and the balance due to counsel in the amount of **$4,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

TROY THOMPSON
Debtor(s)
6212 Hazel Street
Philadelphia, PA  19143