**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter13 |
| Troy Thompson | | |
| (DEBTOR) | : | Bankruptcy No. 18-11171AMC13 |

**OBJECTION TO CERTIFICATION OF DEFAULT**

Debtor, Objects to the Certification of Default filed by PNC Bank, National Association , Document #51 filed on January 29, 2019 . Debtor has the required funds to cure the default and no grounds exist for relief.

Respectfully Submitted,

DATE: <u>January 31, 2019</u>        _____/s/_____
MICHAEL A. CATALDO
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, STE. 900
PHILADELPHIA, PA 19102
(215) 735-1060