# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-11171-AMC

TROY  THOMPSON

6212 HAZEL STREET

PHILADELPHIA, PA 19143

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TROY  THOMPSON

6212 HAZEL STREET

PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Date: 4/26/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee