# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 18-11171-AMC

TROY  THOMPSON

6212 HAZEL STREET

PHILADELPHIA, PA 19143

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

TROY  THOMPSON

6212 HAZEL STREET

PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                              /S/ William C. Miller

Date: 9/3/2019                                 _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee