# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Troy Thompson<br>　　　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　v.<br>Troy Thompson<br>　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-11171 AMC |

## ORDER

AND NOW, this 4th day of September, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 25, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2634 South Daggett Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Troy Thompson
6212 Hazel Street
Philadelphia, PA 19143

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532