United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-11171-amc
Troy Thompson                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Sep 04, 2019
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db             +Troy Thompson,    6212 Hazel Street,    Philadelphia, PA 19143-2226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
        DAVID   NEEREN    on behalf of Creditor   PNC Bank, National Association dneeren@udren.com, vbarber@udren.com
        MICHAEL A. CATALDO2    on behalf of Debtor Troy  Thompson ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Troy  Thompson ecf@ccpclaw.com, igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor   PNC Bank, National Association wgouldsbury@udren.com, vbarber@udren.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Troy Thompson<br>　　　　　　　Debtor<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　v.<br>Troy Thompson<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-11171 AMC |

### ORDER

AND NOW, this 4th day of September, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 25, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2634 South Daggett Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Troy Thompson
6212 Hazel Street
Philadelphia, PA 19143

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532