**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                        :Chapter 13

Troy Thompson

    (DEBTOR)                        :Bankruptcy No. 18-11171AMC13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to:

6623 Guyer Avenue
Philadelphia, PA 19142

Date: September 12, 2019                    BY: /s/ Michael A. Cataldo
                                            MICHAEL A. CATALDO, ESQUIRE
                                            Cibik & Cataldo, P.C.
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA  19102
                                            215-735-1060/fax 215-735-6769