IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE : Chapter 13

Troy Thompson

(DEBTOR) : Bankruptcy No. 18-11171AMC13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to:

2090 Baker Road
Suite 304-142
Kennesaw, GA 30144

Date: October 7, 2019               BY: /s/ Michael A. Cataldo
                                    MICHAEL A. CATALDO, ESQUIRE
                                    Cibik & Cataldo, P.C.
                                    1500 Walnut Street, Suite 900
                                    Philadelphia, PA  19102
                                    215-735-1060/fax 215-735-6769