# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11171-AMC

TROY  THOMPSON

6623 GUYER AVENUE

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TROY  THOMPSON

6623 GUYER AVENUE

PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

                                    /S/ William C. Miller

Date: 1/6/2020                          _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee