**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TROY THOMPSON

Chapter 13

Debtor

Bankruptcy No. 18-11171-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 18, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CIBIK & CATALDO  
1500 WALNUT STREET  
SUITE 900  
PHILA, PA 19102-

Debtor:  
TROY THOMPSON

6623 GUYER AVENUE

PHILADELPHIA, PA 19142-