```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                           Case No. 18-11171-amc
Troy Thompson                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD            Page 1 of 1                 Date Rcvd: Feb 19, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db           +Troy Thompson,   2090 Baker Road,   Suite 304-142,   Kennesaw, GA 30144-4600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
        DAVID   NEEREN    on behalf of Creditor   PNC Bank, National Association dneeren@udren.com,
         vbarber@udren.com
        MICHAEL A. CATALDO2    on behalf of Debtor Troy  Thompson ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Troy  Thompson ecf@ccpclaw.com, igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor   PNC Bank, National Association
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WALTER WILLIAM GOULDSBURY, III    on behalf of Creditor   PNC Bank, National Association
         wgouldsbury@rasnj.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                          TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TROY THOMPSON | Chapter 13 |
| Debtor | Bankruptcy No. 18-11171-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 18, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
TROY THOMPSON

6623 GUYER AVENUE

PHILADELPHIA, PA 19142-